ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANDREW BROWN (No. 172009)
Assistant United States Attorney
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0102
    Facsimile: (213) 894-0142
    Email: andrew.brown@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 11-280-DSF |
| Plaintiff, | ORDER ON DEFENDANT'S MOTION TO WITHDRAW HIS GUILTY PLEA |
| v. | |
| DANIEL ANAYO CHUKWU, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The sentencing hearing set for March 12, 2012, at 10:00 am is taken off calendar.

By defendant's motion to withdraw his guilty plea on the grounds that he was not fully advised of the consequences of his guilty plea by his former counsel, Mark Bledstein, defendant has waived the attorney-client privilege only as to his communications with Mr. Bledstein regarding the consequences of his guilty plea.

///

Defendant shall file his brief in support of his motion to withdraw his guilty plea no later than April 16, and the government its opposition by April 23. The Court will hear the motion on April 30, 2012, at 8:30 am.

DATED: 3/7/12

_____
UNITED STATES DISTRICT JUDGE